Matthew L. Walters, ISB # 6599
mlw@elamburke.com
ELAM & BURKE, P.A.
251 East Front Street Suite 300
Post Office Box 1539
Boise, Idaho 83701
Telephone: (208) 343-5454
Facsimile: (208) 384-5844

Gary J. Valeriano, Esq. (*Admitted Pro Hac Vice*)
gjv@amclaw.com
Carleton R. Burch, Esq. (*Admitted Pro Hac Vice*)
crb@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
707 Wilshire Boulevard, Suite 4000
Los Angeles, California 90017-3623
Telephone: (213) 688-0080
Facsimile: (213) 622-7594

Attorneys for Defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BIG SKY DEVELOPMENT, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendant. | Case No. 2:18-cv-00259-DCN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the Plaintiff Big Sky Development, Inc., by and through its counsel of record, Davillier Law Group, LLC, and Defendant Travelers Casualty and Surety Company of America, by and through its counsel of record, Elam & Burke, P.A. and Anderson, McPharlin & Conners LLP, hereby stipulate and agree that the above-entitled matter be dismissed with prejudice, with each party to bear their own costs and attorneys' fees.

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

DATED: May 29, 2019        DAVILLIER LAW GROUP, LLC

By: _____
Mauricio Cardona, Of the Firm
Attorneys for Plaintiff

DATED: May 29, 2019        ANDERSON, McPHARLIN & CONNERS LLP


By: /s/ Carleton R. Burch
    Gary J. Valeriano
    Carleton R. Burch

DATED: May 29, 2019        ELAM & BURKE, P.A.


By: /s/ Matthew L. Walters
    Matthew L. Walters

Attorneys for Defendant TRAVELERS CASUALTY
AND SURETY COMPANY OF AMERICA


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __29th__ day of May, 2019, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

D. Colton Boyles, Esq.        cboyles@davillierlawgroup.com

Mauricio Cardona              mcardona@davillierlawgroup.com


/s/ Matthew L. Walters
Matthew L. Walters

STIPULATION FOR DISMISSAL WITH PREJUDICE – 2